No. 259. J. W. NEIL *v.* UTAH WHOLESALE GROCERY COMPANY. Error to the Supreme Court of the State of Utah. Submitted April 28, 1924. Decided May 5, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. William R. Andrews* and *Mr. Joseph Chez* for plaintiff in error. *Mr. Jacob Evans* and *Mr. Mahlon B. Wilson* for defendant in error.

---

No. 260. MISSOURI PACIFIC RAILROAD COMPANY *v.* A. M. BURNETT. Error to the Supreme Court of the State of Arkansas. Submitted April 28, 1924. Decided May 5, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. Petition for certiorari dismissed for lack of submission under the rule. *Mr. Thomas B. Pryor* and *Mr. Edward J. White* for plaintiff in error. *Mr. Joe T. Robinson* for defendant in error.

---

No. 270. CHARLES BOETTCHER ET AL., RECEIVERS, ETC., *v.* PUBLIC UTILITIES COMMISSION OF THE STATE OF COLORADO ET AL. Error to the Supreme Court of the State of Colorado. Argued May 1, 1924. Decided May 5, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Elmer L. Brock,* with whom *Mr. Charles R. Brock* and *Mr. Milton Smith* were on the brief, for plaintiffs in error. *Mr. Robert E. More* and *Mr. Kenaz Huffman,*

with whom *Mr. Peter H. Holme* and *Mr. Tison S. Dines* were on the brief, for defendants in error.

---

No. 734. PLUTO OIL & GAS COMPANY ET AL. *v.* H. C. MILLER. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted April 28, 1924. Decided May 5, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. Petition for certiorari denied. *Mr. L. O. Lyle, Mr. W. V. Pryor,* and *Mr. D. A. McDougal,* for defendant in error, in support of the motion. *Mr. Henry B. Martin* and *Mr. B. B. Blakeney* appeared for plaintiffs in error.

---

No. —, Original. *Ex parte:* IN THE MATTER OF THE LEHIGH VALLEY RAILROAD COMPANY, PETITIONER. (Action No. 1.) Submitted May 5, 1924. Decided May 12, 1924. Motion for leave to file a petition for a writ of prohibition and/or a writ of mandamus herein denied. *Mr. Charles A. Boston* and *Mr. Lindley M. Garrison* for petitioner.

---

No. —, Original. *Ex parte:* IN THE MATTER OF THE LEHIGH VALLEY RAILROAD COMPANY, PETITIONER. (Action No. 2.) Submitted May 5, 1924. Decided May 12, 1924. Motion for leave to file a petition for a writ of prohibition and/or a writ of mandamus herein denied. *Mr. Charles A. Boston* and *Mr. Lindley M. Garrison* for petitioner.

---

No. 15, Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS. In Equity. May 12, 1924. Order entered allowing compensation to receiver and counsel.